UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Thomas Hollywood Henderson**  Docket No. 5:10-CR-193-1D

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thomas Hollywood Henderson, who, upon an earlier plea of guilty to Count 2- Possession With Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1) and Count 3- Possession of Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on May 4, 2011, to the custody of the Bureau of Prisons for a term of 56 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Thomas Hollywood Henderson was released from custody on April 22, 2015, at which time the term of supervised release commenced. As a result of the defendant testing positive for cocaine on February 29, 2016, a Violation Report was forwarded to the court recommending to continue supervision.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 25, 2017, the defendant submitted a urine specimen which tested positive for cocaine and marijuana. When confronted with the results, the defendant signed an admission of drug use. As a sanction for this conduct and in an effort to deter future drug use, we would respectfully recommend that his supervision be modified to include 90 days of curfew. Furthermore, the defendant has been referred back to substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain | /s/ Keith W. Lawrence |
| Michael C. Brittain | Keith W. Lawrence |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2538 |
| | Executed On: February 8, 2017 |

**ORDER OF THE COURT**

Considered and ordered this __10__ day of __February__, 2017, and ordered filed and made a part of the records in the above case.

_/s/ James C. Dever_
James C. Dever III
Chief U.S. District Judge