UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Thomas Hollywood Henderson**                                      Docket No. 5:10-CR-193-1D

**Petition for Action on Supervised Release**

COMES NOW Keith W. Lawrence, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thomas Hollywood Henderson, who, upon an earlier plea of guilty to Count 2- Possession With Intent to Distribute a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1) and Count 3- Possession of Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on May 4, 2011, to the custody of the Bureau of Prisons for a term of 56 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a period of 60 months.

Thomas Hollywood Henderson was released from custody on April 22, 2015, at which time the term of supervised release commenced. As a result of the defendant testing positive for cocaine on February 29, 2016, a Violation Report was forwarded to the court recommending to continue supervision. On February 10, 2017, as a result of the defendant testing positive for cocaine and marijuana on January 25, 2017, the court modified the conditions of supervision to include 90 days of curfew.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On May 10, 2017, the defendant submitted a urine specimen which tested positive for cocaine. When confronted with the results, the defendant signed an admission of drug use. Furthermore, the defendant admitted that he used cocaine on May 14, 2017. As a sanction for this conduct and in an effort to deter future drug use, we would respectfully recommend that his supervision be modified to include 90 days of home detention. Furthermore, the defendant will continue his substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 90 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

    Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Keith W. Lawrence |
| Michael C. Brittain | Keith W. Lawrence |
| Supervising U.S. Probation Officer | Senior U.S. Probation Officer |
| | 150 Rowan Street, Suite 110 |
| | Fayetteville, NC 28301-4920 |
| | Phone: 910-354-2538 |
| | Executed On: May 22, 2017 |

Thomas Hollywood Henderson
Docket No. 5:10-CR-193-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __24__ day of __May__, 2017, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge